IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JEFFREY T. McCORMICK, individually and as class representative,<br><br>Plaintiff,<br><br>vs.<br><br>REMINGTON ARMS COMPANY, LLC and SPORTING GOODS PROPERTIES, INC.<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  Case No.  CIV-12-0215-R<br>)<br>)<br>)<br>)<br>)<br>) |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY**

Defendants Remington Arms Company, Inc. and Sporting Goods Properties, Inc. apply to this court for a ten (10) day enlargement of time from May 29, 2012 until June 8, 2012, within which to file a Reply in Support of defendants' Motion to Dismiss the Complaint (Document No. 14).

Pursuant to LCvR 7.1(h), defendants state:

1. Counsel for plaintiffs have been contacted and have stated that plaintiffs do not oppose the granting of the relief sought by this motion.

2. Defendants' Reply in Support of their Motion to Dismiss is currently due to be filed on May 29, 2012.

3. No previous request has been made by defendants for an enlargement of time to file the reply.

4. Because of the upcoming Memorial Day holiday and the need to

1

coordinate the reply among several attorneys for defendants, counsel for defendants require additional time in order to properly prepare the reply.

5.   There is no scheduling order or other deadline entered by the court in this case and granting the requested enlargement will have no effect on any deadlines applicable to this case.

**WHEREFORE**, defendants, Remington Arms Company, Inc. and Sporting Goods Properties, Inc. respectfully request a ten (10) day enlargement of time until June 8, 2012 within which to file a Reply in Support of Defendants' Motion to Dismiss the Complaint.

Respectfully submitted,

/s/ John J. Love
Robert H. Alexander, Jr., OBA # 197
John J. Love, OBA # 5536

--of the firm--

**The Law Office of**
**Robert H. Alexander, Jr., p.c.**
  First National Center
  120 North Robinson, 24th Floor
  Oklahoma City, Oklahoma 73102
  (405) 232-0803
  (405) 232-0519 – fax

**ATTORNEYS FOR DEFENDANTS**
**REMINGTON ARMS COMPANY, INC.**
**AND SPORTING GOODS PROPERTIES,**
**INC.**

## **CERTIFICATE OF SERVICE**

I certify that on May 24, 2012, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing.  Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Robert H. Alexander, Jr.     alexattys@productlaw.com
Steven J. Adams              sadams@fellerssnider.com
Timothy W. Monsees           tmonsees@mmmpalaw.com
Richard A. Ramler            richardramler@aol.com
Max C. Tuepker               mtuepker@tuepker.com

*/s/ John J. Love*
John J. Love