# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JEFFREY T. McCORMICK, individually and as class representative,<br><br>    Plaintiff,<br><br>vs.<br><br>REMINGTON ARMS COMPANY, LLC and SPORTING GOODS PROPERTIES, INC.<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Case No. CIV-12-0215-R<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

Defendants' Unopposed Motion for an Enlargement of Time until June 8, 2012 within which to file a Reply in Support of Defendants' Motion to Dismiss the Complaint (Document No. 17) is GRANTED. Defendants Remington Arms Company, Inc. and Sporting Goods Properties, Inc. are granted a ten (10) day enlargement of time until June 8, 2012 within which to file their Reply in Support of Defendants' Motion to Dismiss the Amended Complaint.

IT IS SO ORDERED this 25th day of May, 2012.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE