# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **JEFFREY T. McCORMICK, individually and as class representative** | ) ) ) |
| **Plaintiff,** | ) ) ) |
| v. | ) ) )   Case No.  CIV-12-215-R |
| **REMINGTON ARMS COMPANY, INC., and SPORTING GOODS PROPERTIES, INC.,** | ) ) ) ) |
| **Defendants.** | ) |

## JUDGMENT

Judgment is hereby entered in favor of the Defendants.

ENTERED this 4th day of September, 2012.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE