# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

(1) JEFFREY T. McCORMICK, Individually )
and as Class Representative, )
)
        Plaintiff, ) Case No. 12-CV-00215-R
)
v. )
)
(2) REMINGTON ARMS COMPANY, INC. )
and )
(3) SPORTING GOODS PROPERTIES, INC., )
)
        Defendants. )

## NOTICE OF APPEAL

Plaintiff, Jeffrey T. McCormick, individually, appeals to the United States Court of Appeals for the Tenth Circuit from the Order [Doc 20] and Judgment [Doc 21] entered in this case on September 4, 2012.

Plaintiff filed his Motion to Alter or Amend Judgment ("Plaintiff's Motion) [Doc No. 22] pursuant to Fed. R. Civ. P. 59(e) on October 2, 2012. The Court entered its Order denying Plaintiff's Motion on October 30, 2012 [Doc. No. 24]. Plaintiff's Notice of Appeal is filed pursuant to Fed. R. App. P. 4(A).

        Respectfully submitted,

        By:/s/*Steven J. Adams*
           Steven J. Adams, OBA No. 142 /
           Idaho Bar No. 7935
           **FELLERS, SNIDER, BLANKENSHIP,**
           **BAILEY & TIPPENS, P.C.**
           321 South Boston Ave., Suite 800
           Tulsa, Oklahoma 74103-3318
           Telephone: (918) 925-5835
           Facsimile: (918) 583-9659
           sadams@fellerssnider.com

and

Max C. Tuepker, OBA No. 9117
**MAX C. TUEPKER, PC**
1322 N. Walker Avenue
Oklahoma City, OK  73103
Telephone:  (405) 235-1700
Facsimile:   (405) 235-1714
mtuepker@tuepker.com

and

Timothy W. Monsees, MO No. 31004
**MONSEES, MILLER, MAYER,
    PRESLEY & AMICK**
A Professional Corporation
4717 Grand Avenue, Suite 820
Kansas City, MO  64112
Telephone:  (816) 361-5550
Facsimile :  (816) 361-5577
tmonsees@MMMPALAW.COM

and

Richard A. Ramler, MT No. 2256
**RAMLER LAW OFFICE**
202 West Madison Avenue
Belgrade, Montana 59714
Telephone: (406) 388-0150
Facsimile : (406) 388-6842
RichardRamler@aol.com
**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

This is to certify that on the 27th day of November, 2012, I electronically transmitted the foregoing document to the Clerk of Court using the ECF system for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Dale G. Willis - dwills@smbtrials.com
Robert H. Alexander, Jr. - alexattys@productlaw.com
John J. Love - jjl@productlaw.com
Robert W. Ivy - rwi@productlaw.com

/s/Steven J. Adams
Steven J. Adams

19714_v1