**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

www.okwd.uscourts.gov

**ROBERT D. DENNIS**
CLERK

**RHONDA REYNOLDS**
CHIEF DEPUTY

200 N.W. 4th Street, Room 1210
Oklahoma City, Oklahoma 73102
(405) 609-5000   Fax (405) 609-5099

December 11, 2012

Clerk of the Court
Tenth Circuit Court of Appeals
The Byron White, U.S. Courthouse
1823 Stout Street
Denver, Colorado 80257

RE: 12-6204; CIV-12-215-R; McCormick v. Remington Arms Company Inc., et al.

Dear Ms. Shumaker:

Notice is hereby given that

☑ no transcripts are necessary; or
☐ transcripts are already on file; or
☐ transcripts have been electronically filed

for the above captioned case.  The record is ready for appeal purposes.

Sincerely,

ROBERT D. DENNIS, COURT CLERK

by: s/Karen Worth
     Case Administrator

cc: Counsel of Record